423 A.2d 1325

Commonwealth v. Holcomb, Appellant.

Submitted June 29, 1979. David R. Black, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.

GATES, J., filed a memorandum concurring opinion.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.